**B1 (Official Form 1) (1/08)**

| United States Bankruptcy Court<br>Northern District of Illinois | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Vestal, Robert Wayne | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>Vestal, Jamie Ann |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>aka Bobby Vestal | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>aka Jamie Ann Contreras |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):  5130 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):  2207 |
| Street Address of Debtor (No. and Street, City, and State)<br>1574 Essex Dr.<br>Hoffman Estates, IL<br><br>ZIPCODE 60192 | Street Address of Joint Debtor (No. and Street, City, and State)<br>1574 Essex Dr.<br>Hoffman Estates, IL<br><br>ZIPCODE 60192 |
| County of Residence or of the Principal Place of Business:<br>Cook | County of Residence or of the Principal Place of Business:<br>Cook |
| Mailing Address of Debtor (if different from street address):<br><br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br><br>ZIPCODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check **one** box) | Nature of Business<br>(Check **one** box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☑ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☑ Chapter 7       ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12       ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 13 |

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code)

**Nature of Debts**
(Check one box)

☑ Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or household purpose."     ☐ Debts are primarily business debts

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only)  Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D)<br>☐ Debtor is not a small business as defined in 11 U.S.C. § 101(51D)<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes, in accordance with  11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc. - ver. 4.4.9-731 - 31210 - PDF-XChange 3.0

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> Robert Wayne Vestal & Jamie Ann Vestal |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location <br> Where Filed: NONE | Case Number: | Date Filed: |
| Location <br> Where Filed: N.A. | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: NONE | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11) | (To be completed if debtor is an individual <br> whose debts are primarily consumer debts) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X  /s/ Edgar P. Petti                3/24/2009 <br> Signature of Attorney for Debtor(s)      Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☑ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable non bankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)).

Bankruptcy2009 ©1991-2009, New Hope Software, Inc.- ver. 4.4.9-731 - 31210 - PDF-XChange 3.0

| B1 (Official Form 1) (1/08) | Page 3 |
|---|---|

**Voluntary Petition**
*(This page must be completed and filed in every case)*

Name of Debtor(s):
Robert Wayne Vestal & Jamie Ann Vestal

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ Robert Wayne Vestal
_____
Signature of Debtor

X  /s/ Jamie Ann Vestal
_____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

3/24/2009
_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐  I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.

☐  Pursuant to 11 U.S.C.§ 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____

(Signature of Foreign Representative)

_____

(Printed Name of Foreign Representative)

_____

(Date)

### Signature of Attorney*

X   /s/ Edgar P. Petti
_____
Signature of Attorney for Debtor(s)

EDGAR P. PETTI 2192764
_____
Printed Name of Attorney for Debtor(s)

Petti Murphy & Associates
_____
Firm Name

State Bank of Geneva Professional Center
_____
Address

22 South Fourth Street, Suite B, ☐☐ Geneva, IL 60134
_____

630-232-9303
_____
Telephone Number

3/24/2009
_____
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, 2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

_____

X_____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

Bankruptcy2009 ©1991-2009, New Hope Software, Inc. - ver. 4.4.9-731 - 31210 - PDF-XChange 3.0

B1 D (Official Form 1, Exhibit D ) (12/08)

# UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois

In re Robert Wayne Vestal & Jamie Ann Vestal_____     Case No._____
                    Debtor(s)                                              (if known)

### EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

Bankruptcy2009 ©1991-2009, New Hope Software, Inc.- ver. 4.4.9-731 - 31210 - PDF-XChange 3.0

B1 D (Official Form 1, Exh. D) (12/08) – Cont.                                                                    Page 2

❏  3.   I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency.  Failure to fulfill these requirements may result in dismissal of your case.  Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

❏  4.   I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

  ❏  Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

  ❏  Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.**);**

  ❏  Active military duty in a military combat zone.

❏  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district**.**

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    _____/s/ Robert Wayne Vestal_____

                                              ROBERT WAYNE VESTAL

Date:  ___3/24/2009_____

Bankruptcy2009 ©1991-2009, New Hope Software, Inc. - ver. 4.4.9-731 - 31210 - PDF-XChange 3.0

B1 D (Official Form 1, Exhibit D ) (12/08)

# UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois

In re ___Robert Wayne Vestal & Jamie Ann Vestal___    Case No._____

_____Debtor(s)_____    (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

B1 D (Official Form 1, Exh. D)  (12/08) – Cont.                                              Page 2

❏  3.   I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency.  Failure to fulfill these requirements may result in dismissal of your case.  Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

❏  4.   I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
     ❏   Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
     ❏   Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.**);**
     ❏   Active military duty in a military combat zone.

❏  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district**.**

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Joint Debtor:_____ /s/ Jamie Ann Vestal _____
                                                    JAMIE ANN VESTAL

                    Date: ___3/24/2009_____

**B6 Cover (Form 6 Cover) (12/07)**

## FORM 6. SCHEDULES

Summary of Schedules
Statistical Summary of Certain Liabilities and Related Data (28 U.S.C. § 159)

Schedule A - Real Property
Schedule B - Personal Property
Schedule C - Property Claimed as Exempt
Schedule D - Creditors Holding Secured Claims
Schedule E - Creditors Holding Unsecured Priority Claims
Schedule F - Creditors Holding Unsecured Nonpriority Claims
Schedule G - Executory Contracts and Unexpired Leases
Schedule H - Codebtors
Schedule I - Current Income of Individual Debtor(s)
Schedule J - Current Expenditures of Individual Debtor(s)

Unsworn Declaration under Penalty of Perjury

GENERAL INSTRUCTIONS: The first page of the debtor's schedules and the first page of any amendments thereto must contain a caption as in Form 16B. Subsequent pages should be identified with the debtor's name and case number. If the schedules are filed with the petition, the case number should be left blank

Schedules D, E, and F have been designed for the listing of each claim only once. Even when a claim is secured only in part or entitled to priority only in part, it still should be listed only once. A claim which is secured in whole or it part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed on Schedule E only. Do not list the same claim twice. If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.

In re    Robert Wayne Vestal & Jamie Ann Vestal                      Case No. _____
                    **Debtor**                                                                          **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | | |
| | | Total | 0.00 | |

(Report also on Summary of Schedules.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc. - ver. 4.4.9-733 - 31210 - PDF-XChange 3.0

**B6B (Official Form 6B) (12/07)**

In re   Robert Wayne Vestal & Jamie Ann Vestal _____    Case No. _____
_____**Debtor**_____                          **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | Cash on hand<br>Debtors' residence | J | 100.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking  Acct. #6876668956<br>TCF Bank<br>950 N Meacham Rd<br>Schaumburg, IL 60173 | J | 400.00 |
| | | Checking Acct. #1010198687434<br>Wachovia Bank<br>210 S. Roselle Rd.<br>Schaumburg, IL 60193 | J | 85.00 |
| | | Saving Acct. #3000106256768<br>Wachovia Bank<br>210 S. Roselle Rd.<br>Schaumburg, IL 60193 | J | 0.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | Security Deposit for Lease<br>VIP Properties, LLC<br>33 W Higgins Rd Ste 640<br>South Barrington, IL 60010 | J | 3,500.00 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | Misc. household goods and furnishings<br>Debtors' residence | J | 3,000.00 |

In re   Robert Wayne Vestal & Jamie Ann Vestal                                          Case No. _____
_____                                                              _____
                          **Debtor**                                                                            **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 5.  Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | Necessary clothing for adult male<br>Debtors' residence | H | 400.00 |
| | | Necessary clothing for adult female<br>Debtors' residence | W | 400.00 |
| 7.  Furs and jewelry. | | Wedding Band<br>Debtors' residence | H | 50.00 |
| | | Wedding band and engagement ring<br>Debtors' residence | W | 250.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities.  Itemize and name each issuer. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses.  Itemize. | X | | | |
| 14.  Interests in partnerships or joint ventures. Itemize. | | Member Interest in Illinois LLC (21st Century Benefits, LLC inactive service entity)<br>Debtors' residence | W | 0.00 |
| 15.  Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |

In re   Robert Wayne Vestal & Jamie Ann Vestal                          Case No. _____
                    **Debtor**                                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 16.  Accounts receivable. | X | | | |
| 17.  Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18.  Other liquidated debts owing debtor including tax refunds.  Give particulars. | X | | | |
| 19.  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20.  Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | | 30 Year Term Life Insurance $100,000 death benefit Colonial Life Insurance 1200 Colonial Life Blvd. Columbia, SC 29210 | W | 0.00 |
| | | Term Life Insurance  Rider $50,000 death benefit Colonial Life Insurance 1200 Colonial Life Blvd. Columbia, SC 29210 | H | 0.00 |
| 21.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims.  Give estimated value of each. | X | | | |
| 22.  Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23.  Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24.  Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25.  Automobiles, trucks, trailers, and other vehicles and accessories. | | 1997 Ford Mustang 117,000 miles Debtors' residence | J | 2,370.00 |
| | | 2003 Chevy Malibu 108,000 miles Debtors' residence | J | 3,300.00 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc. - ver. 4.4.9-731 - 31210 - PDF-XChange 3.0

In re  Robert Wayne Vestal & Jamie Ann Vestal                    Case No. _____
_____
Debtor                                                                          (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Office desk<br>Debtors' residence | J | 250.00 |
| | | Printer (4 in 1)<br>Debtors' residence | J | 50.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_____0_____ continuation sheets attached          Total   $      14,155.00

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

B6C (Official Form 6C) (12/07)

In re  Robert Wayne Vestal & Jamie Ann Vestal                    Case No. _____
_____
                 **Debtor**                                                          **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐  11 U.S.C. § 522(b)(2)              ☐  Check if debtor claims a homestead exemption that exceeds
☑  11 U.S.C. § 522(b)(3)                      $136,875.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Office desk | (Husb)735 I.L.C.S 5§12-1001(b)<br>(Wife)735 I.L.C.S 5§12-1001(b) | 125.00<br>125.00 | 250.00 |
| Misc. household goods and furnishings | (Husb)735 I.L.C.S 5§12-1001(b)<br>(Wife)735 I.L.C.S 5§12-1001(b) | 1,500.00<br>1,500.00 | 3,000.00 |
| Security Deposit for Lease | (Husb)735 I.L.C.S 5§12-1001(b)<br>(Wife)735 I.L.C.S 5§12-1001(b) | 1,750.00<br>1,750.00 | 3,500.00 |
| Checking  Acct. #6876668956 | (Husb)735 I.L.C.S 5§12-1001(b)<br>(Wife)735 I.L.C.S 5§12-1001(b) | 200.00<br>200.00 | 400.00 |
| Checking Acct. #1010198687434 | (Husb)735 I.L.C.S 5§12-1001(b)<br>(Wife)735 I.L.C.S 5§12-1001(b) | 42.50<br>42.50 | 85.00 |
| 30 Year Term Life Insurance $100,000 death benefit | (Wife)735 I.L.C.S 5§12-1001(f) | 0.00 | 0.00 |
| 1997 Ford Mustang 117,000 miles | (Husb)735 I.L.C.S 5§12-1001(c) | 2,370.00 | 2,370.00 |
| 2003 Chevy Malibu 108,000 miles | (Wife)735 I.L.C.S 5§12-1001(c) | 0.00 | 3,300.00 |
| Necessary clothing for adult male | (Husb)735 I.L.C.S 5§12-1001(a) | 400.00 | 400.00 |
| Necessary clothing for adult female | (Wife)735 I.L.C.S 5§12-1001(a) | 400.00 | 400.00 |
| Saving Acct. #3000106256768 | (Husb)735 I.L.C.S 5§12-1001(b)<br>(Wife)735 I.L.C.S 5§12-1001(b) | 0.00<br>0.00 | 0.00 |
| Term Life Insurance  Rider $50,000 death benefit | (Husb)735 I.L.C.S 5§12-1001(f) | 0.00 | 0.00 |
| Wedding Band | (Husb)735 I.L.C.S 5§12-1001(b) | 50.00 | 50.00 |
| Wedding band and engagement ring | (Wife)735 I.L.C.S 5§12-1001(b) | 250.00 | 250.00 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc. - ver. 4.4.9-731 - 31210 - PDF-XChange 3.0

**B6C (Official Form 6C) (12/07) -- Cont.**

In re   Robert Wayne Vestal & Jamie Ann Vestal                    Case No. _____
 _____
              **Debtor**                                                         **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
## (Continuation Page)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Printer (4 in 1) | (Husb)735 I.L.C.S 5§12-1001(b)<br>(Wife)735 I.L.C.S 5§12-1001(b) | 25.00<br>25.00 | 50.00 |
| Cash on hand | (Husb)735 I.L.C.S 5§12-1001(b)<br>(Wife)735 I.L.C.S 5§12-1001(b) | 50.00<br>50.00 | 100.00 |
| Member Interest in Illinois LLC (21st Century Benefits, LLC inactive service entity) | (Wife)735 I.L.C.S 5§12-1001(b) | 0.00 | 0.00 |

**B6D (Official Form 6D) (12/07)**

In re _____Robert Wayne Vestal & Jamie Ann Vestal_____,    Case No. _____
        **Debtor**                                                            **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 8759798 <br><br> Credit Acceptance <br> PO Box 513 <br> Southfield, MI 48037 | | J | Incurred: 12/2008 <br> Lien: Car Loan <br> Security: 2003 Chevy Malibu <br><br><br> VALUE $          3,300.00 | | | | 10,741.83 | 7,441.83 |
| ACCOUNT NO. <br><br><br> | | | <br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br> | | | <br><br> VALUE $ | | | | | |

___0___ continuation sheets attached

|  | | AMOUNT | UNSECURED |
|---|---|---|---|
| Subtotal ▶ <br> (Total of this page) | | $    10,741.83 | $      **7,441.83** |
| Total ▶ <br> (Use only on last page) | | $    10,741.83 | $      **7,441.83** |
|  | | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6E (Official Form 6E) (12/07)

In re  Robert Wayne Vestal & Jamie Ann Vestal                                ,        Case No._____
                    Debtor                                                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H","W","J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐  **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐  **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☑  **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

Bankruptcy2009 ©1991-2009, New Hope Software, Inc. - ver. 4.4.9-733 - 31210 - PDF-XChange 3.0

**B6E (Official Form 6E) (12/07) - Cont.**

In re _Robert Wayne Vestal & Jamie Ann Vestal_____,    Case No._____
　　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

☐　**Certain farmers and fishermen**

　　Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐　**Deposits by individuals**

　　Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑　**Taxes and Certain Other Debts Owed to Governmental Units**

　　Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐　**Commitments to Maintain the Capital of an Insured Depository Institution**

　　Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐　**Claims for Death or Personal Injury While Debtor Was Intoxicated**

　　Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

　　* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

____ **continuation sheets attached**

Bankruptcy2009 ©1991-2009, New Hope Software, Inc.- ver. 4.4.9-731 - 31210 - PDF-XChange 3.0

B6E (Official Form 6E) (12/07) - Cont.

In re  Robert Wayne Vestal & Jamie Ann Vestal                ,          Case No. _____
         Debtor                                                                   (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)      Sec. 507(a)(4)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  none <br><br> Linda Settle <br> 146 S Jackson Ave <br> Bradley, IL 60915 | | J | Incurred: 6/2005 <br> Consideration: <br> Employee Wages | | | | 2,600.00 | 0.00 | 2,600.00 |
| ACCOUNT NO.  none <br><br> Phyllis N Friddle <br> 7735 W States Route 113 <br> Bonfield, IL 60913 | | J | Incurred: 6/2005 <br> Consideration: <br> Employee Wages | | | | 1,099.00 | 0.00 | 1,099.00 |
| ACCOUNT NO. <br><br><br><br> | | | | | | | | | |
| ACCOUNT NO. <br><br><br><br> | | | | | | | | | |

Sheet no. __1__ of __7__ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal <br> (Totals of this page) | $  3,699.00 | $  0.00 | $  3,699.00 |
| Total <br> (Use only on last page of the completed Schedule E.)  Report also on the Summary of Schedules) | $ | | |
| Totals <br> (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ | $ |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc. - ver. 4.4.9-733 - 31210 - PDF-XChange 3.0

B6E (Official Form 6E) (12/07) - Cont.

In re   Robert Wayne Vestal & Jamie Ann Vestal_____,     Case No. _____
          **Debtor**                                                                    **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)      Sec. 507(a)(8)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   10509648<br><br>City of Evanston<br>2100 Ridge Ave<br>Evanston, IL 60201 | | J | Incurred: 7/2006<br>Consideration: Fines | | | | 35.00 | 35.00 | 0.00 |
| ACCOUNT NO.   10457391<br><br>City of Evanston<br>2100 Ridge Ave<br>Evanston, IL 60201 | | J | Incurred: 7/2006<br>Consideration: Fines | | | | 70.00 | 70.00 | 0.00 |
| ACCOUNT NO.   43872783<br><br>Illinois Dept. of Employment Security<br>Benefit Payment Control Division<br>PO Box 4385<br>Chicago, IL 60680 | | H | Incurred: 6/2005<br>Consideration:<br>Unemployment Tax for 2nd<br>Quarter 2005 | | | | 171.51 | 171.51 | 0.00 |
| ACCOUNT NO.   43872783<br><br>Illinois Dept. of Employment Security<br>Benefit Payment Control Division<br>PO Box 4385<br>Chicago, IL 60680 | | H | Incurred: 9/2005<br>Consideration:<br>Unemployment Tax for 3rd<br>Quarter 2005 | | | | 34.78 | 34.78 | 0.00 |

Sheet no. __2__ of __7__ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotal
(Totals of this page)      $   311.29   | $   311.29   | $   0.00

Total
(Use only on last page of the completed
Schedule E.)  Report also on the Summary
of Schedules)      $

Totals
(Use only on last page of the completed
Schedule E. If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)      $      | $      | $

Bankruptcy2009 ©1991-2009, New Hope Software, Inc. - ver. 4.4-9-731 - 31210 - PDF-XChange 3.0

B6E (Official Form 6E) (12/07) - Cont.

In re   Robert Wayne Vestal & Jamie Ann Vestal            ,        Case No. _____
Debtor                                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)      Sec. 507(a)(8)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  43872783<br><br>Illinois Dept. of Employment Security Benefit Payment Control Division PO Box 4385 Chicago, IL 60680 | | H | Incurred: 3/2005 Consideration: Unemployment Tax for 1st Quarter 2005 | | | | 165.85 | 165.85 | 0.00 |
| ACCOUNT NO.  43872783<br><br>Illinois Dept. of Employment Security Benefit Payment Control Division PO Box 4385 Chicago, IL 60680 | | H | Incurred: 12/2004 Consideration: Unemployment Tax for 4th Quarter 2004 | | | | 121.48 | 121.48 | 0.00 |
| ACCOUNT NO.  43872783<br><br>Illinois Dept. of Employment Security Benefit Payment Control Division PO Box 4385 Chicago, IL 60680 | | H | Incurred: 6/2004 Consideration: Unemployment Tax for 2nd Quarter 2004 | | | | 147.02 | 147.02 | 0.00 |
| ACCOUNT NO.  43872783<br><br>Illinois Dept. of Employment Security Benefit Payment Control Division PO Box 4385 Chicago, IL 60680 | | H | Incurred: 3/2004 Consideration: Unemplyment Tax for 1st Quarter 2004 | | | | 53.34 | 53.34 | 0.00 |

Sheet no. 3 of 7 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal       ➤ $ 487.69 | $ 487.69 | $ 0.00
(Totals of this page)

Total       ➤ $
(Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules)

Totals       ➤ $ | $ | $
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc. - ver. 4.4.9-731 - 31210 - PDF-XChange 3.0

B6E (Official Form 6E) (12/07) - Cont.

In re  Robert Wayne Vestal & Jamie Ann Vestal_____,   Case No. _____
                          **Debtor**                                                      **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)   Sec. 507(a)(8)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  none <br><br> Internal Revenue Service <br> Centralized Insolvency Operations <br> PO Box 21126 <br> Philadelphia, PA 19114 | | J | Incurred: 2007 <br> Consideration: 1040 tax, interest, and penalty for the year 2007 | | | | 10,817.72 | 10,817.72 | 0.00 |
| ACCOUNT NO.  none <br><br> Internal Revenue Service <br> Centralized Insolvency Operations <br> PO Box 21126 <br> Philadelphia, PA 19114 | | J | Incurred: 2006 <br> Consideration: 1040 tax, interest, and penalty for the year 2006 | | | | 17,020.16 | 17,020.16 | 0.00 |
| ACCOUNT NO.  none <br><br> Internal Revenue Service <br> Centralized Insolvency Operations <br> PO Box 21126 <br> Philadelphia, PA 19114 | | J | Incurred: 2005 <br> Consideration: 1040 tax, interest, and penalty for the year 2005 | | | | 20,609.72 | 20,609.72 | 0.00 |
| ACCOUNT NO.  none <br><br> Internal Revenue Service <br> Centralized Insolvency Operations <br> PO Box 21126 <br> Philadelphia, PA 19114 | | H | Incurred: 1999 <br> Consideration: 1040 tax, and interest for the year 1999 (return not filed) | | | | 90,361.13 | 90,361.13 | 0.00 |

Sheet no. __4__ of __7__ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal <br> (Totals of this page) | $ 138,808.73 | $ 138,808.73 | $ 0.00 |
| Total <br> (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules | $ | | |
| Totals <br> (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ | $ |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc. - ver. 4.4.9-733  -  31210 - PDF-XChange 3.0

B6E (Official Form 6E) (12/07) - Cont.

In re  Robert Wayne Vestal & Jamie Ann Vestal     ,        Case No. _____
                        **Debtor**                                                    **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)     Sec. 507(a)(8)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  none <br><br> Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 21126<br>Philadelphia, PA 19114 | | H | Incurred: 1998<br>Consideration: 1040 tax, and interest for the year 1998 (return not filed) | | | | 61,582.44 | 61,582.44 | 0.00 |
| ACCOUNT NO.  86-1098384 <br><br> Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 21126<br>Philadelphia, PA 19114 | | H | Incurred: 3/2004<br>Consideration: 941 Taxes for 1st Quarter 2004 | | | | 358.96 | 358.96 | 0.00 |
| ACCOUNT NO.  86-1098384 <br><br> Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 21126<br>Philadelphia, PA 19114 | | H | Incurred: 6/2004<br>Consideration: 941 Taxes for 2nd Quarter 2004 | | | | 1,054.86 | 1,054.86 | 0.00 |
| ACCOUNT NO.  86-1098384 <br><br> Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 21126<br>Philadelphia, PA 19114 | | H | Incurred: 12/2004<br>Consideration: 941 Taxes for 4th Quarter 2004 | | | | 900.48 | 900.48 | 0.00 |

Sheet no. 5 of 7 continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) | $ 63,896.74 | $ 63,896.74 | $ 0.00 |
| Total (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules | $ | | |
| Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ | $ |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc. - ver. 4.4-9.731 - 31210 - PDF-XChange 3.0

B6E (Official Form 6E) (12/07) - Cont.

In re  Robert Wayne Vestal & Jamie Ann Vestal          ,          Case No. _____
             **Debtor**                                                                    **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)       Sec. 507(a)(8)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 86-1098384 <br><br> Internal Revenue Service Centralized Insolvency Operations PO Box 21126 Philadelphia, PA 19114 | | H | Incurred: 3/2005 Consideration: 941 Taxes for 1st Quarter 2005 | | | | 982.88 | 982.88 | 0.00 |
| ACCOUNT NO. 86-1098384 <br><br> Internal Revenue Service Centralized Insolvency Operations PO Box 21126 Philadelphia, PA 19114 | | H | Incurred: 9/2005 Consideration: 941 Taxes for 3rd Quarter 2005 | | | | 202.70 | 202.70 | 0.00 |
| ACCOUNT NO. 86-1098384 <br><br> Internal Revenue Service Centralized Insolvency Operations PO Box 21126 Philadelphia, PA 19114 | | H | Incurred: 6/2005 Consideration: 941 Taxes for 2nd Quarter 2005 | | | | 1,009.96 | 1,009.96 | 0.00 |
| ACCOUNT NO. 10509648 <br><br> Professional Account Management, LLC 633 W Wisconsin Ave Ste 1600 Milwaukee, WI 53203 | | J | Incurred: 7/2006 Consideration: Assignee for various creditors Collecting for City of Evanston | | | | Notice Only | Notice Only | Notice Only |

Sheet no. 6 of 7 continuation sheets attached to Schedule of Creditors Holding Priority Claims

|  | | |
|---|---|---|
| Subtotal (Totals of this page) | $ 2,195.54 | $ 2,195.54 | $ 0.00 |
| Total (Use only on last page of the completed Schedule E.)  Report also on the Summary of Schedules) | $ | | |
| Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ | $ |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc. - ver. 4.4-9.731 - 31210 - PDF-XChange 3.0

B6E (Official Form 6E) (12/07) - Cont.

In re Robert Wayne Vestal & Jamie Ann Vestal _____,    Case No. _____
                            Debtor                                                          (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

## (Continuation Sheet)        Sec. 507(a)(8)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 10457391 <br><br> Professional Account Management, LLC <br> 633 W Wisconsin Ave Ste 1600 <br> Milwaukee, WI 53203 | | J | Incurred: 7/2006 <br> Consideration: Assignee for various creditors <br> Collecting for City of Evanston | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. 7 of 7 continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) | $ 0.00 | $ |
| Total (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | $ 209,398.99 | |
| Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ 205,699.99 |

$ (subtotal third column)

$ 3,699.00

**B6F (Official Form 6F) (12/07)**

In re ___Robert Wayne Vestal & Jamie Ann Vestal___,          Case No. _____
                    **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  2019183572<br><br>AFNI<br>PO Box 3427<br>Bloomington, IL 61702 | | H | Incurred: 2/2005<br>Consideration: Assignee for various creditors<br>Collecting for Verizon | | | | Notice Only |
| ACCOUNT NO.  F0002062526535<br><br>Alexian Brothers<br>Attn: Billing<br>1555 Barrington Rd<br>Hoffman Estates, IL 60169 | | J | Incurred: 10/06<br>Consideration: Medical services | | | | 2,474.35 |
| ACCOUNT NO.  F00026963371<br><br>Alexian Brothers<br>Attn: Billing<br>1555 Barrington Rd<br>Hoffman Estates, IL 60169 | | J | Incurred: 10/2008<br>Consideration: Medical services | | | | 564.43 |
| ACCOUNT NO.  F00027105386<br><br>Alexian Brothers<br>Attn: Billing<br>1555 Barrington Rd<br>Hoffman Estates, IL 60169 | | J | Incurred: 11/2008<br>Consideration: Medical services | | | | 17.79 |

___27___ continuation sheets attached

Subtotal ➤ | $ | 3,056.57

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc. - ver. 4.4.9-731 - 31210 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Robert Wayne Vestal & Jamie Ann Vestal                    ,        Case No. _____
        **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  F00025789728<br><br>Alexian Brothers<br>Attn: Billing<br>1555 Barrington Rd<br>Hoffman Estates, IL 60169 | | J | Incurred: 4/2008<br>Consideration: Medical services | | | | 600.00 |
| ACCOUNT NO.  F00027638105<br><br>Alexian Brothers<br>Attn: Billing<br>1555 Barrington Rd<br>Hoffman Estates, IL 60169 | | J | Incurred: 2/2009<br>Consideration: Medical services | | | | 600.00 |
| ACCOUNT NO.  23319753<br><br>Allied Interstate<br>435 Ford Rd Suite 800<br>Minneapolis, mn 55426 | | W | Incurred: 7/2005<br>Consideration: Assignee for various creditors<br>Collecting for National City Bank | | | | Notice Only |
| ACCOUNT NO.  722820<br><br>American Collections Corp<br>919 Estes Ct<br>Schaumburg, IL 60193 | | H | Incurred: 8/2005<br>Consideration: Assignee for various creditors<br>Collecting for Giovanni Salerno | | | | Notice Only |
| ACCOUNT NO.  6470012181103<br><br>American Home Mortgage Corp.<br>5401 N. Oracle Rd.<br>Tucson,  AZ  85704 | | H | Incurred: 3/2005<br>Consideration: Deficiency of prior home loan | | | | 103,120.00 |

Sheet no. __1__ of __27__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $    104,320.00

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc. - ver. 4.4.9-731 - 31210 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re ___Robert Wayne Vestal & Jamie Ann Vestal_____,        Case No. _____
        **Debtor**                                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  429920499<br><br>Americredit<br>4001 Emabarcadero<br>Arlington, TX 76014 | | W | Incurred: 5/2006<br>Consideration: Deficiency for Car Loan | | | | 12,822.04 |
| ACCOUNT NO.  1725583<br><br>Aqua Illinois, Inc.<br>P.O. Box 1229<br>Newark, NJ 07101 | | H | Incurred: 6/2005<br>Consideration: Water service | | | | 95.00 |
| ACCOUNT NO.  8877052<br><br>Arlington Ridge Pathology<br>800 West Central Rd<br>Arlington Heights, IL 60005 | | W | Incurred: 10/2006<br>Consideration: Medical services | | | | 205.00 |
| ACCOUNT NO.  34628866<br><br>Arrow Financial Services<br>5996 W Touhy<br>Niles, IL 60714 | | W | Incurred: 1/2009<br>Consideration: Assignee for various creditors<br>Collecting for HSBC | | | | Notice Only |
| ACCOUNT NO.  unknown<br><br>Asset Acceptance<br>PO Box 2036<br>Warren, MI 48090 | | J | Incurred: 7/2005<br>Consideration: Assignee for various creditors<br>Collecting for Nicor Gas | | | | Notice Only |

Sheet no. __2__ of __27__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $    13,122.04

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc. - ver. 4.4.9-733 - 31210 - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re   Robert Wayne Vestal & Jamie Ann Vestal          ,        Case No. _____
           **Debtor**                                                           **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc. - ver. 4.4.9-731 - 31210 - PDF-XChange 3.0

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  24510791<br><br>Asset Acceptance<br>PO Box 2036<br>Warren, MI 48090 | | J | Incurred: 7/2005<br>Consideration: Assignee for various creditors<br>Collecting for SBC | | | | Notice Only |
| ACCOUNT NO.  24521044<br><br>Asset Acceptance<br>PO Box 2036<br>Warren, MI 48090 | | J | Incurred: 4/2004<br>Consideration: Assignee for various creditors<br>Collecting for SBC | | | | Notice Only |
| ACCOUNT NO.  781803<br><br>Associated Cardiovascular<br>12251 S 80th Ave<br>Palos Heights, IL 60463 | | H | Incurred: 4/2006<br>Consideration: Medical services | | | | 7,232.00 |
| ACCOUNT NO.  unknown<br><br>Associated Radiologists Joliet<br>1301 Copperfield Ave., Ste. 208<br>Joliet, IL 60432 | | H | Incurred: 2/2005<br>Consideration: Medical services | | | | 773.00 |
| ACCOUNT NO.  23589173<br><br>AT&T<br>PO Box 930170<br>Dallas, TX 75393-0170 | | H | Incurred: 12/2007<br>Consideration: Utilities | | | | 198.97 |

Sheet no. __3__ of __27__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

        Subtotal ➤ | $       8,203.97

        Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re ___Robert Wayne Vestal & Jamie Ann Vestal_____,    Case No. _____
        **Debtor**                                                     **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  PAL1ATT5063272840<br><br>AT&T Wireless<br>PO Box 6428<br>Carol Stream, IL 60197 | | H | Incurred: 11/2003<br>Consideration: Utilities | | | | 1,452.00 |
| ACCOUNT NO.  06SC11<br><br>Auto Owners Ins<br>PO Box 39<br>Dundee, IL 60118 | | W | Incurred: 5/2007<br>Consideration: Judgment for property damage | | | | 2,050.00 |
| ACCOUNT NO.  5177880000245465<br><br>Barclays Bank Delaware<br>125 South West St.<br>Wilmington, DE 19801 | | W | Incurred: 4/2003<br>Consideration: Credit card debt | | | | 1,610.00 |
| ACCOUNT NO.  79900840<br><br>Bay Area Credit<br>PO Box 467600<br>Atlanta, GA 31146 | | J | Incurred: 12/2008<br>Consideration: Assignee for various creditors<br>Collecting for HSBC Bank Nevada | | | | Notice Only |
| ACCOUNT NO.  24645240<br><br>BCA Financial Services<br>18001 Old Cutter Rd Ste 462<br>Miami, FL 33157 | | J | Incurred: 11/2005<br>Consideration: Assignee for various creditors<br>Collecting for Walt Disney World | | | | Notice Only |

Sheet no. __4__ of __27__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $    5,112.00

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc. - ver. 4.4.9-733 - 31210 - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re   Robert Wayne Vestal & Jamie Ann Vestal                ,          Case No. _____
                   **Debtor**                                                                         **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  BCCC2105075311843<br><br>Berks Credit & Collection<br>PO Box 329<br>Temple, PA 19560 | | H | Incurred: 2/2005<br>Consideration: Medical services<br>Collecting for Regional Internal Medicine | | | | 1,135.00 |
| ACCOUNT NO.  1344521<br><br>Beta Finance Company<br>PO Box 660232<br>Indianapolis, IN 46266 | | J | Incurred: 8/2008<br>Consideration: Membership Dues | | | | 4,487.61 |
| ACCOUNT NO.  08 M1 162184<br><br>Blatt Hasenmiller Leibsker & Moore LLC<br>P0 Box 5463<br>Chicago, IL 60680 | | W | Incurred: 2/2008<br>Consideration: Assignee for various creditors<br>Collecting for Unifund | | | | Notice Only |
| ACCOUNT NO.  09-00206-0<br><br>Blitt and Gaines PC<br>661 W Glenn Ave<br>Wheeling, IL 60090 | | J | Incurred: 1/2009<br>Consideration: Assignee for various creditors<br>Collecting for Livingston Financial | | | | Notice Only |
| ACCOUNT NO.  4388641913222803<br><br>Capital One Bank<br>PO Box 30281<br>Salt Lake City, UT 84130 | | W | Incurred: 2002<br>Consideration: Credit card debt | | | | 9,477.00 |

Sheet no.   5   of  27   continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 15,099.61

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc.- ver. 4.4.9-731 - 31210 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re   Robert Wayne Vestal & Jamie Ann Vestal          ,          Case No. _____
                    **Debtor**                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  4266921016249789<br><br>Chase Bank One Card<br>800 Brooksedge Blvd<br>Westerville, OH 43081 | | W | Incurred: 2002<br>Consideration: Credit card debt | | | | 4,484.00 |
| ACCOUNT NO.  unknown<br><br>Christ Hospital<br>Attn: Patient Billing<br>18200 LaGrange Rd<br>Tinley Park, IL 60477 | | H | Incurred: 6/2003<br>Consideration: Medical services | | | | 38,810.90 |
| ACCOUNT NO.  10037000<br><br>ComEd<br>PO Box 6111<br>Carol Stream, IL 60197 | | H | Incurred: 8/2006<br>Consideration: Utilities | | | | 1,044.00 |
| ACCOUNT NO.  3U0001752987<br><br>Consultants in Pathology<br>1423 Chicago Rd<br>Chicago Heights, IL 60411 | | H | Incurred: 7/2005<br>Consideration: Medical services | | | | 713.00 |
| ACCOUNT NO.  8759798<br><br>Credit Acceptance<br>PO Box 513<br>Southfield, MI 48037 | | J | Incurred: 12/2008<br>Consideration: Unsecured portion of car loan | | | | 7,441.83 |

Sheet no.  6   of  27   continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $    52,493.73

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc. ver. 4.4.9-733 - 31210 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re   Robert Wayne Vestal & Jamie Ann Vestal_____,   Case No. _____
　　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  08018848356<br><br>Credit Collection Services<br>Two Wells Ave. Dept. 587<br>Newton, MA 02459 | | J | Incurred: 5/2008<br>Consideration: Assignee for various creditors<br>Collecting for Quest Diagnostics | | | | Notice Only |
| ACCOUNT NO.  1231514<br><br>Creditors Collection<br>PO Box 63<br>Kankakee, IL 60901 | | H | Incurred: 12/2004<br>Consideration: Assignee for various creditors<br>Collecting for Kankakee Area YMCA | | | | Notice Only |
| ACCOUNT NO.  1340554<br><br>Creditors Collection<br>PO Box 63<br>Kankakee, IL 60901 | | H | Incurred: 2/2005<br>Consideration: Assignee for various creditors<br>Collecting for Emergancy Care Health Organ | | | | Notice Only |
| ACCOUNT NO.  1633678<br><br>Creditors Collection<br>PO Box 63<br>Kankakee, IL 60901 | | H | Incurred: 2/2005<br>Consideration: Assignee for various creditors<br>Collecting for Midstate Anesthesiologists | | | | Notice Only |
| ACCOUNT NO.  1716233<br><br>Creditors Collection<br>PO Box 63<br>Kankakee, IL 60901 | | H | Incurred: 6/2005<br>Consideration: Assignee for various creditors<br>Collecting for YOU S KIM MD | | | | Notice Only |

Sheet no. _7_ of _27_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $        0.00

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc. - ver. 4.4.9-731 - 31210 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re ___Robert Wayne Vestal & Jamie Ann Vestal_____,     Case No. _____
             **Debtor**                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1725583<br><br>Creditors Collection<br>PO Box 63<br>Kankakee, IL 60901 | | H | Incurred: 6/2005<br>Consideration: Assignee for various creditors<br>Collecting for Aqua America | | | | Notice Only |
| ACCOUNT NO. 1340559<br><br>Creditors Collection<br>PO Box 63<br>Kankakee, IL 60901 | | W | Incurred: 2/2005<br>Consideration: Assignee for various creditors<br>Collecting for Emergancy Care Health Organ | | | | Notice Only |
| ACCOUNT NO. none<br><br>Creditors Collection<br>PO Box 63<br>Kankakee, IL 60901 | | J | Incurred: 10/2005<br>Consideration: Assignee for various creditors<br>Collecting for Provena St. Mary's | | | | Notice Only |
| ACCOUNT NO. unknown<br><br>Creditors Collection<br>PO Box 63<br>Kankakee, IL 60901 | | H | Incurred: 12/2004<br>Consideration: Assignee for various creditors<br>Collecting for Riverside Medical | | | | Notice Only |
| ACCOUNT NO. 1387729<br><br>Creditors Collection<br>PO Box 63<br>Kankakee, IL 60901 | | H | Incurred: 2/2005<br>Consideration: Assignee for various creditors<br>Collecting for Associated Radiologists of Joliet | | | | Notice Only |

Sheet no. __8__ of __27__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $       0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc. - ver. 4.4.9-733 - 31210 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re ___Robert Wayne Vestal & Jamie Ann Vestal_____,    Case No. _____
            **Debtor**                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  05SC1978<br><br>Creditors Collection<br>PO Box 63<br>Kankakee, IL 60901 | | H | Incurred: 1/2006<br>Consideration: Judgment | | | | 805.00 |
| ACCOUNT NO.  none<br><br>Dean Anagnopoulos<br>Lisa Helzing-Anagnopoulos<br>620 Jill Ct<br>Des Plaines, IL 60018 | | J | Incurred: 3/2006<br>Consideration: Personal loan | | | | 5,400.00 |
| ACCOUNT NO.  17918433<br><br>Directv<br>PO Box 78626<br>Phoenix, AZ 85062 | | H | Incurred: 12/2007<br>Consideration: Utilities | | | | 163.96 |
| ACCOUNT NO.  6011007650172082<br><br>Discover Financial<br>P.O. Box 30943<br>Salt Lake City, UT 84130 | | W | Incurred: 2002<br>Consideration: Credit card debt | | | | 5,792.00 |
| ACCOUNT NO.  K82679L6<br><br>Diversified Service Group<br>5800 E. Thomas Rd Suite 107<br>Scottsdale, AZ 85251 | | W | Incurred: 10/2007<br>Consideration: Assignee for various creditors<br>Collecting for Womens Health First LLC | | | | Notice Only |

Sheet no. __9___ of __27___ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $      12,160.96

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc.-ver. 4.4.9-731 - 31210 - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re ___Robert Wayne Vestal & Jamie Ann Vestal_____,      Case No. _____
                 **Debtor**                                                     **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  none<br><br>Donna Ackman<br>1090 S Lincoln Ave<br>Kankakee, IL 60901 | | J | Incurred: 2003<br>Consideration: Personal loan | | | | 3,750.00 |
| ACCOUNT NO.  50747-0021405114<br><br>Dr. Seretis & Goodsite<br>929 W Wise Rd<br>Schaumburg, IL 60193 | | J | Incurred: 11/2006<br>Consideration: Medical services | | | | 183.02 |
| ACCOUNT NO.  31000115966001001<br><br>Drive Financial Services<br>1010 W. Mockingbird Lane, Suite 100<br>Dallas, TX 75247 | | H | Incurred: 5/2005<br>Consideration: Deficiency for Car Loan | | | | 20,971.00 |
| ACCOUNT NO.  1340554<br><br>Emergancy Care Health Org<br>555 W Court St<br>Kankakee, IL 60901 | | H | Incurred: 2/2005<br>Consideration: Medical services | | | | 490.00 |
| ACCOUNT NO.  1340559<br><br>Emergancy Care Health Org.<br>555 W Court St<br>Kankakee, IL 60901 | | W | Incurred: 2/2005<br>Consideration: Medical services | | | | 205.00 |

Sheet no. __10__ of __27__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  |  $  25,599.02

Total ➤  |  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc. - ver. 4.4.9-731 - 31210 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re <u>Robert Wayne Vestal & Jamie Ann Vestal</u>,    Case No. _____
                        **Debtor**                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

<div style="writing-mode: vertical-rl">Bankruptcy2009 ©1991-2009, New Hope Software, Inc. - ver. 4.4.9-733 - 31210 - PDF-XChange 3.0</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  unknown<br><br>Evanston Hospital<br>Attn: Patient Billing<br>2650 Ridge Ave<br>Evanston, IL 60201 | | J | Incurred: 04/2006 & 7/2006<br>Consideration: Medical services | | | | Unknown |
| ACCOUNT NO.  04SC768<br><br>Excalibur<br>3000 Marcus Avenue Suite IW5<br>Lake Success, NY 11042 | | H | Incurred: 6/2004<br>Consideration: Judgment | | | | 653.00 |
| ACCOUNT NO.  480622844<br><br>Express<br>PO Box 182273<br>Columbus, OH 43218 | | W | Incurred: 7/2004<br>Consideration: Charge card debt | | | | 292.28 |
| ACCOUNT NO.  1417414<br><br>Fidelity National Credit Services<br>PO Box 3051<br>Orange, CA 92857 | | J | Incurred: 1/2009<br>Consideration: Assignee for various creditors<br>Collecting for AT&T | | | | Notice Only |
| ACCOUNT NO.  4266921016249789<br><br>First USA<br>P.O. Box 15298<br>Wilmington, DE 19850 | | W | Incurred: 12/2005<br>Consideration: Credit card debt | | | | 5,460.00 |

Sheet no. <u>11</u> of <u>27</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $    6,405.28

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) (Cont.)**

In re   Robert Wayne Vestal & Jamie Ann Vestal                    ,           Case No. _____
                               **Debtor**                                                                                                           **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  08 M1 108208<br><br>Freedman Anselmo Lindberg & Rappe LLC<br>PO 3228<br>Naperville, IL 60566 | | W | Incurred: 4/2008<br>Consideration: Assignee for various creditors<br>Collecting for Velocity | | | | Notice Only |
| ACCOUNT NO.  05SC1170<br><br>Giovanni Salerno<br>461 Brown Blvd.<br>Bourbonnais, IL 60914 | | H | Incurred: 8/2005<br>Consideration: Judgment | | | | 3,580.00 |
| ACCOUNT NO.  01-01-05170989<br><br>Harris & Harris<br>600 W. Jackson<br>Chicago, IL 60661 | | J | Incurred: 6/2003<br>Consideration: Medical services | | | | 195.00 |
| ACCOUNT NO.  F0002062526535<br><br>Harris & Harris<br>600 W. Jackson<br>Chicago, IL 60661 | | J | Incurred: 10/2007<br>Consideration: Assignee for various creditors<br>Collecting for Alexian Brothers | | | | Notice Only |
| ACCOUNT NO.  unknown<br><br>Harris & Harris<br>600 W. Jackson<br>Chicago, IL 60661 | | H | Incurred: 5/2007<br>Consideration: Assignee for various creditors<br>Collecting for Christ Hospital | | | | Notice Only |

Sheet no. __12__ of __27__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $    3,775.00

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc. - ver. 4.4.9-731 - 31210 - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re   Robert Wayne Vestal & Jamie Ann Vestal            ,        Case No. _____
      **Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 10037000<br><br>Harvard Collection Service<br>4839 N Elston Ave<br>Chicago, IL 60630 | | H | Incurred: 8/2006<br>Consideration: Assignee for various creditors<br>Collecting for ComEd | | | | Notice Only |
| ACCOUNT NO. 6111582001<br><br>HealthLab<br>Dept. 4698<br>Carol Stream, IL 60122 | | H | Incurred: 2/2009<br>Consideration: Medical services | | | | 436.35 |
| ACCOUNT NO. 5489555109504060<br><br>HSBC Card Services<br>PO Box 60102<br>City of Industry, CA 91716 | | J | Incurred: 6/2004<br>Consideration: Credit card debt | | | | 680.00 |
| ACCOUNT NO. 440561031000xxxx<br><br>HSBC Card Services<br>PO Box 60102<br>City of Industry, CA 91716 | | J | Incurred: 8/2004<br>Consideration: Credit card debt | | | | 1,823.00 |
| ACCOUNT NO. 5458005140196069<br><br>HSBC Card Services<br>PO Box 60102<br>City of Industry, CA 91716 | | W | Incurred: 2002<br>Consideration: Credit card debt | | | | 2,445.00 |

Sheet no. _13_ of _27_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 5,384.35

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc. - ver. 4.4.9-731 - 31210 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re ___Robert Wayne Vestal & Jamie Ann Vestal_____,     Case No. _____
               **Debtor**                                                                **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  79900840<br><br>HSBC Card Services<br>PO Box 60102<br>City of Industry, CA 91716 | | W | Incurred: 2002<br>Consideration: Credit card debt | | | | 473.96 |
| ACCOUNT NO.  1058409791<br><br>HSBC Carson's<br>PO Box 5253<br>Carol Stream, IL 60197 | | W | Incurred: 2002<br>Consideration: Credit card debt | | | | 317.00 |
| ACCOUNT NO.  unknown<br><br>Illinois American Water<br>300 North Water Works Drive<br>Belleville, IL 62223 | | H | Incurred: 7/2002<br>Consideration: Water service | | | | 70.00 |
| ACCOUNT NO.  6441275<br><br>Illinois Collection Service<br>PO Box 1010<br>Tinley Park, IL 60477 | | H | Incurred: 2003<br>Consideration: Assignee for various creditors<br>Collecting for PEMS | | | | 293.00 |
| ACCOUNT NO.  none<br><br>Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 21126<br>Philadelphia, PA 19114 | | H | Incurred: 2000<br>Consideration: 1040 Federal Income Tax & Interest for the year 2000<br>Assessed prior to 240 days before filing of this petition | | | | 46,985.82 |

Sheet no. __14__ of __27__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                                            Subtotal ➤ | $ | 48,139.78

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc. - ver. 4.4.9-733 - 31210 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re __Robert Wayne Vestal & Jamie Ann Vestal_____ ,        Case No. _____
                **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  none <br><br> Internal Revenue Service <br> Centralized Insolvency Operations <br> PO Box 21126 <br> Philadelphia, PA 19114 | | H | Incurred: 2001 <br> Consideration: 1040 Federal Income Tax & Interest for the year 2001 <br> Assessed prior to 240 days before filing of this petition | | | | 109,922.59 |
| ACCOUNT NO.  none <br><br> Internal Revenue Service <br> Centralized Insolvency Operations <br> PO Box 21126 <br> Philadelphia, PA 19114 | | H | Incurred: 2002 <br> Consideration: 1040 Federal Income Tax & Interest for the year 2002 <br> Assessed prior to 240 days before filing of this petition | | | | 22,517.61 |
| ACCOUNT NO.  none <br><br> Internal Revenue Service <br> Centralized Insolvency Operations <br> PO Box 21126 <br> Philadelphia, PA 19114 | | H | Incurred: 2003 <br> Consideration: 1040 Federal Income Tax, Interest & Penalty for the year 2003 <br> Assessed prior to 240 days before filing of this petition | | | | 27,875.35 |
| ACCOUNT NO.  none <br><br> Internal Revenue Service <br> Centralized Insolvency Operations <br> PO Box 21126 <br> Philadelphia, PA 19114 | | J | Incurred: 2004 <br> Consideration: Federal Income Tax, Interest & Penalty for the year 2004 <br> Assessed prior to 240 days before filing of this petition | | | | 28,539.87 |
| ACCOUNT NO.  unknwon <br><br> Juniper Bank <br> PO Box 8802 <br> Wilmington, DE 19899 | | W | Incurred: 2002 <br> Consideration: Credit card debt | | | | 1,610.51 |

Sheet no. __15__ of __27__ continuation sheets attached to Schedule of  Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ | $ | 190,465.93

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc. - ver. 4.4.9-731  -  31210 - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re ___Robert Wayne Vestal & Jamie Ann Vestal_____,    Case No. _____
                **Debtor**                                                   **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  1231514 <br><br> Kanakee YMCA <br> 1075 North Kennedy Drive <br> Kankakee, IL 60901 | | H | Incurred: 12/2004 <br> Consideration: Membership Dues | | | | 285.00 |
| ACCOUNT NO.  1387728 <br><br> Kankakee Radiology Associates Sc <br> 1905 W Court St <br> Kankakee, IL 60901 | | J | Incurred: 2/2005 <br> Consideration: Medical services | | | | 621.00 |
| ACCOUNT NO.  8877052 <br><br> KCA Financial Service <br> PO Box 53 <br> Geneva, IL 60134 | | W | Incurred: 10/2006 <br> Consideration: Assignee for various creditors <br> Collecting for Arlington Ridge Pathology | | | | Notice Only |
| ACCOUNT NO.  776648A <br><br> KCA Financial Service <br> PO Box 53 <br> Geneva, IL 60134 | | J | Incurred: 2/2009 <br> Consideration: Assignee for various creditors <br> Collecting for Radiology Consultants Woodstock | | | | Notice Only |
| ACCOUNT NO.  27652617552 <br><br> Kohl's Payment Center <br> P.O. Box 2983 <br> Milwaukee, WI 53201 | | W | Incurred: 2002 <br> Consideration: Credit card debt | | | | 474.00 |

Sheet no. __16__ of __27__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | Subtotal ► | $ | 1,380.00 |
|---|---|---|---|
| | Total ► | $ | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc. ver. 4.4.9-731 - 31210 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re ___Robert Wayne Vestal & Jamie Ann Vestal_____,     Case No. _____
              **Debtor**                                                         **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  8060524109176<br><br>Livingston Financial<br>150 S 5th Street<br>1800 Fifth Street Towers<br>Minneapolis, MN 55402 | | J | Incurred: 2002<br>Consideration: Credit card debt | | | | 1,823.55 |
| ACCOUNT NO.  3U0001752987<br><br>Medical Business Bureau<br>PO Box 1219<br>Park Ridge, IL 60068 | | H | Incurred: 7/2005<br>Consideration: Assignee for various creditors<br>Collecting for Consultants in Pathology | | | | Notice Only |
| ACCOUNT NO.  781803<br><br>Medical Business Bureau<br>PO Box 1219<br>Park Ridge, IL 60068 | | H | Incurred: 4/2006<br>Consideration: Assignee for various creditors<br>Collecting for Associated Cardiovascular | | | | Notice Only |
| ACCOUNT NO.  6101073<br><br>Medical Business Bureau<br>PO Box 1219<br>Park Ridge, IL 60068 | | W | Incurred: 10/2006<br>Consideration: Assignee for various creditors<br>Collecting for Northwest Suburban Anesthesiologist | | | | Notice Only |
| ACCOUNT NO.  8071150537<br><br>Merchants Credit Guide<br>223 W Jackson Blvd Ste 900<br>Chicago, IL 60606 | | W | Incurred: 10/2008<br>Consideration: Assignee for various creditors<br>Collecting for Radiological Consultants of Woodstock | | | | Notice Only |

Sheet no. __17__ of __27__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims       Subtotal ➤    $      1,823.55

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc. - ver. 4.4.9-731  -  31210 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re ___Robert Wayne Vestal & Jamie Ann Vestal_____,    Case No. _____
                  **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1633678<br><br>Midstate Anesthesiologists<br>500 W Ct St<br>Kankakee, IL 60901 | | H | Incurred: 2/2005<br>Consideration: Medical services | | | | 840.00 |
| ACCOUNT NO. 5177880000245465B<br><br>Mitchell N. Kay PC<br>PO Box 2374<br>Chicago, IL 60690 | | J | Incurred: 10/2008<br>Consideration: Assignee for various creditors<br>Collecting for Juniper Bank | | | | Notice Only |
| ACCOUNT NO. 7061203<br><br>Money Control<br>PO Box 49990<br>Riverside, CA 92514 | | J | Incurred: 4/2004<br>Consideration: Assignee for various creditors<br>Collecting for SBC | | | | Notice Only |
| ACCOUNT NO. 23319753<br><br>National City Bank<br>311 N Kinzie Ave<br>Bradley, IL 60915 | | W | Incurred: 7/2005<br>Consideration: Overdrawn bank account | | | | 696.00 |
| ACCOUNT NO. 17918433<br><br>Nationwide Credit, Inc.<br>4700 Vestal Parkway E<br>Vestal ,NY 13850 | | H | Incurred: 11/2008<br>Consideration: Assignee for various creditors<br>Collecting for Directv | | | | Notice Only |

Sheet no. __18__ of __27__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $      1,536.00

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc. - ver. 4.4.9-731 - 31210 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re ___Robert Wayne Vestal & Jamie Ann Vestal_____,      Case No. _____
　　　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  08610002188389<br><br>Neopath SC<br>520 E 22nd St.<br>Lombard, IL 60148 | | W | Incurred: 2/2009<br>Consideration: Medical services | | | | 51.00 |
| ACCOUNT NO.  2124010102492747<br><br>New Lenox State Bank<br>110 W Maple St<br>New Lenox, IL 60451 | | W | Incurred: 7/2003<br>Consideration: Line of credit | | | | 1,000.00 |
| ACCOUNT NO.  unknown<br><br>Nicor Gas<br>P.O. Box 416<br>Aurora, IL 60568 | | J | Incurred: 7/2005<br>Consideration: Utilities | | | | 41.00 |
| ACCOUNT NO.  4007148<br><br>Northwest Community Hospital<br>Attn: Patient Billing<br>800 W. Central Rd.<br>Arlington Heights, IL 60005 | | W | Incurred: 10/2006<br>Consideration: Medical services | | | | 1,941.00 |
| ACCOUNT NO.  unknown<br><br>Northwest Healthcare & Associates<br>1555 Barrington Rd<br>Suite 2300 A<br>Barrington, IL 60010 | | H | Incurred: 2/2009<br>Consideration: Medical services | | | | Unknown |

Sheet no. __19__ of __27__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 3,033.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc. - ver. 4.4.9-733  -  31210 - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Robert Wayne Vestal & Jamie Ann Vestal                    ,          Case No. _____
      **Debtor**                                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  6101073<br><br>Northwest Suburban Anesthesiologist<br>800 W. Central Rd.<br>Arlington Heights, IL 60005 | | W | Incurred: 10/2006<br>Consideration: Medical bills | | | | 665.00 |
| ACCOUNT NO.  unknown<br><br>OPEX Communications<br>707 Wilshire Blvd Ste 4000<br>Los Angeles, CA 90017 | | H | Incurred: 11/2003<br>Consideration: Utilities | | | | 164.00 |
| ACCOUNT NO.  5177880000245465-B / PAL1OSTM02003692702<br><br>Palisades Collection<br>210 Sylvan Ave<br>Englewood Cliffs, NJ 07632 | | W | Consideration: Assignee for various creditors<br>Collecting for Juniper Bank | | | | Notice Only |
| ACCOUNT NO.  PAL1ATT5063272840<br><br>Palisades Collection<br>210 Sylvan Ave<br>Englewood Cliffs, NJ 07632 | | H | Incurred: 11/2003<br>Consideration: Assignee for various creditors<br>Collecting for AT&T Wireless | | | | Notice Only |
| ACCOUNT NO.  4266921016249789<br><br>Palisades Collection<br>210 Sylvan Ave<br>Englewood Cliffs, NJ 07632 | | W | Incurred: 2/2008<br>Consideration: Assignee for various creditors<br>Collecting for First USA Bank | | | | Notice Only |

Sheet no.  20   of  27   continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $          829.00

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc. - ver. 4.4.9-731 - 31210 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re   Robert Wayne Vestal & Jamie Ann Vestal          ,          Case No. _____
                    **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  06SC522 <br><br> Palisades Collection <br> 210 Sylvan Ave <br> Englewood Cliffs, NJ 07632 | | H | Incurred: 5/2006 <br> Consideration: Judgment | | | | 1,452.00 |
| ACCOUNT NO.  105170989 <br><br> Palos Hospital <br> Attn: Patient Billing <br> 12251 S 80th Ave <br> Palos Heights, IL 60463 | | J | Incurred: 6/2003 <br> Consideration: Medical services | | | | 17,118.95 |
| ACCOUNT NO.  104047931 <br><br> Palos Hospital <br> Attn: Patient Billing <br> 12251 S 80th Ave <br> Palos Heights, IL 60463 | | J | Incurred: 12/2002 <br> Consideration: Medical services | | | | 166.00 |
| ACCOUNT NO.  91058693 <br><br> Palos Hospital <br> Attn: Patient Billing <br> 12251 S 80th Ave <br> Palos Heights, IL 60463 | | J | Incurred: 6/2003 <br> Consideration: Medical services | | | | 1,526.00 |
| ACCOUNT NO.  4007148 <br><br> Pellettieri and Associates <br> 991 Oak Creek Dr <br> Lombard, IL 60148 | | W | Incurred: 10/2006 <br> Consideration: Assignee for various creditors <br> Collecting for Northwest Community Hospital | | | | Notice Only |

Sheet no. __21__ of __27__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 20,262.95
Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc. - ver. 4.4.9-731 - 31210 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re   Robert Wayne Vestal & Jamie Ann Vestal          ,        Case No. _____
                    **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   unknown <br><br> Penn Credit Corp <br> 916 S 14th St <br> Harrisburg, PA 17104 | | H | Incurred: 7/2002 <br> Consideration: Assignee for various creditors <br> Collecting for Illinois Water | | | | Notice Only |
| ACCOUNT NO.   unknown <br><br> Perfect Imaging Center <br> 5205 Woodland Ave <br> Western Springs, IL 60558 | | J | Incurred: 11/2008 <br> Consideration: Medical services | | | | 45.00 |
| ACCOUNT NO.   HS1752988 <br><br> Provena St Mary's Hospital <br> Attn: Patient Billing <br> 500 W Court St <br> Kankakee, IL 60901 | | J | Incurred: 11/2005 <br> Consideration: Medical services | | | | 315.00 |
| ACCOUNT NO.   HS1752987 <br><br> Provena St Mary's Hospital <br> Attn: Patient Billing <br> 500 W Court St <br> Kankakee, IL 60901 | | J | Incurred: 2/2005 <br> Consideration: Medical services | | | | 28,186.11 |
| ACCOUNT NO.   5200009500 <br><br> Quest Diagnostics <br> PO Box 64804 <br> Baltimore, MD 21264 | | J | Incurred: 05/2008 <br> Consideration: Medical services | | | | 278.71 |

Sheet no. __22__ of __27__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $    28,824.82

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc. - ver. 4.4.9-733 - 31210 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re ___Robert Wayne Vestal & Jamie Ann Vestal_____,    Case No. _____
               **Debtor**                                                                         **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 776648C<br><br>Radiological Consultants of Woodstock<br>9410 Compubill Dr<br>Orland Park, IL 60462 | | J | Incurred: 10/2008<br>Consideration: Medical services | | | | 725.50 |
| ACCOUNT NO. 776648B<br><br>Radiological Consultants of Woodstock<br>9410 Compubill Dr<br>Orland Park, IL 60462 | | J | Incurred: 10/2008<br>Consideration: Medical services | | | | 169.20 |
| ACCOUNT NO. 776648A<br><br>Radiological Consultants of Woodstock<br>9410 Compubill Dr<br>Orland Park, IL 60462 | | J | Incurred: 10/2008<br>Consideration: Medical services | | | | 63.85 |
| ACCOUNT NO. 8071150537<br><br>Radiological Consultants of Woodstock<br>9410 Compubill Dr<br>Orland Park, IL 60462 | | W | Incurred: 10/2008<br>Consideration: Medical services | | | | 222.00 |
| ACCOUNT NO. 08 M1 142548<br><br>Resurgence Financial LLC<br>4100 Commercial Ave<br>Northbrook, IL 60062 | | W | Incurred: 5/2008<br>Consideration: Credit card debt | | | | 4,621.28 |

Sheet no. __23__ of __27__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $    5,801.83

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc. - ver. 4.4.9-731 - 31210 - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re    Robert Wayne Vestal & Jamie Ann Vestal                ,          Case No. _____
               **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  1143533 <br><br> Riverside Medical Center <br> Attn: Patient Billing <br> 350 N Wall St <br> Kankakee, IL 60901 | | H | Incurred: 02/2004 <br> Consideration: Medical services | | | | 859.00 |
| ACCOUNT NO.  480622844 <br><br> RJM Acquisitions LLC <br> 575 Underhill Blvd Ste 224 <br> Syosset, NY 11791-9827 | | W | Incurred: 1/2009 <br> Consideration: Assignee for various creditors <br> Collecting for Express | | | | Notice Only |
| ACCOUNT NO.  1058409791 <br><br> Saks Fifth Avenue <br> PO Box 17157 <br> Baltimore, MD 21297 | | J | Incurred: 2002 <br> Consideration: Charge card debt | | | | 312.00 |
| ACCOUNT NO.  24510791 <br><br> SBC <br> PO Box 930170 <br> Dallas, TX 75393-0170 | | J | Incurred: 7/2005 <br> Consideration: Utilities | | | | 128.00 |
| ACCOUNT NO.  24521044 <br><br> SBC <br> PO Box 930170 <br> Dallas, TX 75393-0170 | | J | Incurred: 4/2004 <br> Consideration: Utilities | | | | 1,220.00 |

Sheet no.  24  of 27  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 2,519.00
Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc. - ver. 4.4.9-733 - 31210 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Robert Wayne Vestal & Jamie Ann Vestal                    ,          Case No. _____
                          **Debtor**                                                                 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  7061203 <br> SBC <br> PO Box 930170 <br> Dallas, TX 75393-0170 | | J | Incurred: 4/2004 <br> Consideration: Utilities | | | | 1,221.00 |
| ACCOUNT NO.  8060524109176 <br> Sears <br> PO Box 6283 <br> Sioux Falls, SD 57117 | | W | Incurred: 2002 <br> Consideration: Charge card debt | | | | 1,689.00 |
| ACCOUNT NO.  B7410P357 <br> Starwood Vacation Owners <br> 9002 San Maraco Ct <br> Orlando, FL 32819 | | W | Incurred: 1/2004 <br> Consideration: Judgment | | | | 14,962.00 |
| ACCOUNT NO.  833858475 <br> The Limited <br> 107 Heritage Drive <br> Pataskala, OH 43062 | | W | Incurred: 2002 <br> Consideration: Charge card debt | | | | 231.00 |
| ACCOUNT NO.  50747-0021405114 <br> Transworld Systems <br> PO Box 1864 <br> Santa Rosa, CA 95402 | | J | Incurred: 8/2008 <br> Consideration: Assignee for various creditors <br> Collecting for Dr. Seretis & Goodsite | | | | Notice Only |

Sheet no. __25__ of __27__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 18,103.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc. - ver. 4.4.9-733 - 31210 - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re   Robert Wayne Vestal & Jamie Ann Vestal              ,          Case No. _____
           **Debtor**                                                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  4266921016249789<br><br>Unifund CCR Partners<br>10625 Techwood Cir<br>Cincinnati, OH 43218 | | W | Incurred: 12/2005<br>Consideration: Assignee for various creditors<br>Collecting for First USA Bank | | | | Notice Only |
| ACCOUNT NO.  none<br><br>Velocity Investments<br>1800 Route 34 North<br>Building 4, Suite 404A<br>Wall, NJ 07719 | | W | Incurred: 4/2008<br>Consideration: Judgment | | | | 3,253.69 |
| ACCOUNT NO.  88042229600001<br><br>Verizon Wireless Bankruptcy Admin<br>P.O.Box 3397<br>Bloomington, IL 61702 | | H | Incurred: 4/2005<br>Consideration: Utilities | | | | 269.00 |
| ACCOUNT NO.  2019183572<br><br>Verizon Wireless Bankruptcy Admin.<br>P.O.Box 3397<br>Bloomington, IL 61702 | | H | Incurred: 2/2005<br>Consideration: Utilities | | | | 432.00 |
| ACCOUNT NO.  297828428<br><br>Victoria's Secret<br>PO Box 16589<br>Columbus, Ohio 43216 | | W | Incurred: 2002<br>Consideration: Charge card debt | | | | 528.00 |

Sheet no. __26__ of __27__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  |  $   4,482.69

Total ➤  |  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc. - ver. 4.4.9-731 - 31210 - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re ___Robert Wayne Vestal & Jamie Ann Vestal_____,          Case No. _____
               **Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  24645240<br><br>Walt Disney World Guest Communications<br>P.O. Box 10,040<br>Lake Buena Vista, FL 32830 | | J | Incurred: 11/2005<br>Consideration: NSF checks | | | | 193.00 |
| ACCOUNT NO.  23589173<br><br>West Asset Mgmt<br>2703 N Highway 75<br>Sherman, TX 75090 | | H | Incurred: 12/2007<br>Consideration: Assignee for various creditors<br>Collecting for At&T | | | | Notice Only |
| ACCOUNT NO.  none<br><br>William Hellyer<br>444 N IL Route 31 Suite 100<br>Crystal Lake, IL 60012 | | J | Incurred: 1/2009<br>Consideration: Assignee for various creditors<br>Collecting for Dean Anagnopoulos and Lisa Helzing-Anagnopoulos | | | | Notice Only |
| ACCOUNT NO.  K82679L6<br><br>Womens Health First LLC<br>1555 N. Barrington Rd<br>Doctors' Office Building III Suite 2350<br>Hoffman Estates, IL 60169 | | W | Incurred: 10/2007<br>Consideration: Medical services | | | | 3,293.00 |
| ACCOUNT NO.  1716233<br><br>You S. Kim  MD<br>455 W Court St Ste 410<br>Kankakee, IL 60901 | | H | Incurred: 6/2005<br>Consideration: Medical services | | | | 238.00 |

Sheet no. _27_ of _27_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $     3,724.00

Total ► $    585,658.08

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc. - ver. 4.4.9-731 - 31210 - PDF-XChange 3.0

B6G (Official Form 6G) (12/07)

In re  Robert Wayne Vestal & Jamie Ann Vestal                    Case No.  _____
_____
            **Debtor**                                                              **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

　　　Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.  Provide the
names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or
contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe,
guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| VIP Properties LLC<br>33 W Higgins Rd Ste 640<br>South Barrington, IL 60010 | Residential Real Property Lease<br>Debtors are Lessees of written Lease with Option to Purchase Agreement.  Purchase Option has not yet been exercised.<br>Option must be exercised by  7/15/2009 |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc. - ver. 4.4.9-731 - 31210 - PDF-XChange 3.0

**B6H (Official Form 6H) (12/07)**

In re  Robert Wayne Vestal & Jamie Ann Vestal      Case No. _____
          **Debtor**                                                        **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc. - ver. 4.4.9-731 - 31210 - PDF-XChange 3.0

**B6I (Official Form 6I) (12/07)**

In re   Robert Wayne Vestal & Jamie Ann Vestal _____   Case _____
　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status:   Married | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): son, son | AGE(S): 12, 1 month |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Insurance Sales | Customer Service |
| Name of Employer | Colonial Life Insurance | SOI |
| How long employed | 1 yrs, 2 mos | 1 yrs, 8 mos |
| Address of Employer | 1200 Colonial Life Blvd. | 2625 Butterfield Rd |
| | Columbia, SC 29210 | Oak Brook, IL 60523 |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. | Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ 5,000.00 | $ 5,305.60 |
| 2. | Estimated monthly overtime | $ 0.00 | $ 0.00 |
| 3. | SUBTOTAL | $ 5,000.00 | $ 5,305.60 |
| 4. | LESS PAYROLL DEDUCTIONS | | |
| | a. Payroll taxes and social security | $ 0.00 | $ 997.14 |
| | b. Insurance | $ 173.50 | $ 461.36 |
| | c. Union Dues | $ 0.00 | $ 0.00 |
| | d. Other (Specify: (D)Employer Loans ) | $ 2,350.00 | $ 0.00 |
| 5. | SUBTOTAL OF PAYROLL DEDUCTIONS | $ 2,523.50 | $ 1,458.50 |
| 6.. | TOTAL NET MONTHLY TAKE HOME PAY | $ 2,476.50 | $ 3,847.10 |
| 7. | Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. | Income from real property | $ 0.00 | $ 0.00 |
| 9. | Interest and dividends | $ 0.00 | $ 0.00 |
| 10. | Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| 11. | Social security or other government assistance ( Specify ) | $ 0.00 | $ 0.00 |
| 12. | Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. | Other monthly income  (S)Commissions from Aflac & Colonial Life (Specify) | $ 0.00 / $ 0.00 | $ 1,300.00 / $ 0.00 |
| 14. | SUBTOTAL OF LINES 7 THROUGH 13 | $ 0.00 | $ 1,300.00 |
| 15. | AVERAGE MONTHLY INCOME (Add amounts shown on Lines 6 and 14) | $ 2,476.50 | $ 5,147.10 |
| 16. | COMBINED AVERAGE MONTHLY INCOME (Combine column totals from line 15) | $ 7,623.60 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

　　None _____

_____

_____

Bankruptcy2009 ©1991-2009, New Hope Software, Inc. - ver. 4.4.9-731 - 31210 - PDF-XChange 3.0

In re  Robert Wayne Vestal & Jamie Ann Vestal                    Case No. _____
         **Debtor**                                                              **(if known)**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 3,500.00 |
| a. Are real estate taxes included?          Yes _____   No ___✓___ | |
| b. Is property insurance included?          Yes _____   No ___✓___ | |
| 2. Utilities: a. Electricity and heating fuel | $ 250.00 |
| b. Water and sewer | $ 50.00 |
| c. Telephone | $ 206.00 |
| d. Other  Comcast (phone internet cable) | $ 200.00 |
| 3. Home maintenance (repairs and upkeep) | $ 0.00 |
| 4. Food | $ 500.00 |
| 5. Clothing | $ 50.00 |
| 6. Laundry and dry cleaning | $ 100.00 |
| 7. Medical and dental expenses | $ 400.00 |
| 8. Transportation (not including car payments) | $ 300.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 0.00 |
| 10.Charitable contributions | $ 700.00 |
| 11.Insurance (not deducted from wages or included in home mortgage payments) | |
| a. Homeowner's or renter's | $ 0.00 |
| b. Life | $ 0.00 |
| c. Health | $ 0.00 |
| d.Auto | $ 55.00 |
| e. Other_____ | $ 0.00 |
| 12.Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify)_____ | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
| a. Auto | $ 325.51 |
| b. Other  Child care | $ 170.00 |
| c. Other  Child's tuition | $ 480.00 |
| 14. Alimony, maintenance, and support paid to others | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| 17. Other     Travel Exp. for Ct. Ordered vistiation in NE | $ 300.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17.  Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data) | $ 7,586.51 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

     None
     _____
     _____
     _____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a. Average monthly income from Line 15 of Schedule I | (Includes spouse income of $5,147.10.  See Schedule I) | $ 7,623.60 |
| b. Average monthly expenses from Line 18 above | | $ 7,586.51 |
| c. Monthly net income (a. minus b.) | (Net includes Debtor/Spouse combined Amounts) | $ 37.09 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc. - ver. 4.4.9-731 - 31210 - PDF-XChange 3.0

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re ___Robert Wayne Vestal & Jamie Ann Vestal___

Debtor

Case No. _____

Chapter ___7_____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

### AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $ 0.00 | | |
| B – Personal Property | YES | 4 | $ 14,155.00 | | |
| C – Property Claimed as exempt | YES | 2 | | | |
| D – Creditors Holding Secured Claims | YES | 1 | | $ 10,741.83 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 9 | | $ 209,398.99 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 28 | | $ 585,658.08 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 7,623.60 |
| J - Current Expenditures of Individual Debtors(s) | YES | 1 | | | $ 7,586.51 |
| TOTAL | | 49 | $ 14,155.00 | $ 805,798.90 | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc. - ver.4.4.9-731 - 31210 - PDF-XChange 3.0

# United States Bankruptcy Court
## Northern District of Illinois

In re  Robert Wayne Vestal & Jamie Ann Vestal

Debtor

Case No. _____

Chapter ___ 7 ___

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 205,699.99 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 205,699.99 |

**State the Following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 7,623.60 |
| Average Expenses (from Schedule J, Line 18) | $ 7,586.51 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ 0.00 |

**State the Following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 7,441.83 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 205,699.99 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 3,699.00 |
| 4. Total from Schedule F | | $ 585,658.08 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 596,798.91 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc. - ver. 4.4-9.731 - 31210 - PDF-XChange 3.0

In re    Robert Wayne Vestal & Jamie Ann Vestal            Case No. _____

           **Debtor**                                                                     **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

       I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____51_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   3/24/2009 _____           Signature:   /s/ Robert Wayne Vestal _____
                                                                    **Debtor:**

Date   3/24/2009 _____           Signature:   /s/ Jamie Ann Vestal _____
                                                                  **(Joint Debtor, if any)**

                                            [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

       I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____           _____
Printed or Typed Name and Title, if any,                 Social Security No.
of Bankruptcy Petition Preparer                       *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X _____          _____
      Signature of Bankruptcy Petition Preparer                                         Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

       I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____sheets *(total shown on summary page plus 1),* and that they are true and correct to the best of my knowledge, information, and belief.

Date _____         Signature: _____

                                                       _____
                                                      [Print or type name of individual signing on behalf of debtor.]

                    *[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Bankruptcy2009 ©1991-2009, New Hope Software, Inc. - ver. 4.4.9-731 - 31210 - PDF-XChange 3.0

B7 (Official Form 7) (12/07)

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois

In Re  Robert Wayne Vestal & Jamie Ann Vestal                                   Case No. _____
                                                                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors.  Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25.  **If the answer to an applicable question is "None," mark the box labeled "None."**  If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time.  An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor.  11 U.S.C. § 101.

_____

### 1.  Income from employment or operation of business

None

☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the **two years** immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|          | AMOUNT     | SOURCE                                                                                 |
|----------|------------|----------------------------------------------------------------------------------------|
| 2009(db) | 7,557.24   | Colonial Life<br>American Family Life Assurance                                         |
| 2008(db) | 75,921.40  | Colonial Life<br>America's Healthcare<br>American Family Life Assurance<br>Healthcare Service Corp. |
| 2007(db) | 27,011.17  | America's Healthcare<br>American Family Life Assurance<br>Healthcare Service Corp.      |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc.. ver. 4.4.9-733 - 31210 - PDF-XChange 3.0

|  | AMOUNT |  | SOURCE (if more than one) |
|---|---|---|---|
| 2009(jdb) | 11,684.29 | SOI | |
| | | Colonial Life | |
| | | American Family Life Assurance | |
| 2008(jdb) | 73,892.69 | SOI | |
| | | Colonial Life | |
| | | American Family Life Assurance | |
| 2007(jdb) | 62,033.79 | SOI | |
| | | Colonial Life | |
| | | American Family Life Assurance | |
| | | Starbucks | |

**2.    Income other than from employment or operation of business**

None

☒

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case.   Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                                    SOURCE

None

**3. Payments to creditors**

☐

*Complete a. or b., as appropriate, and c.*

*a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Credit Acceptance<br>PO Box 513<br>Southfield, MI 48037 | 1/11/09, 2/11/09, 3/11/09 | 976.53 | 10,741.83 |

None



*b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*)☐any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative☐repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None



*c. All debtors:* List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4-9.731 - 31210 - PDF-XChange 3.0

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None    a.    List all suits and administrative proceedings to which the debtor is or was a party within one year immediately
☐          preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include
            information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated
            and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Velocity Investments LLC vs. Jamie Contreras 08-M1-108208 | Wage Garnishment | Cook COunty Circuit Court Chicago, IL | Wage Garnishment issued 3/9/09 |
| Livingston Financial vs. Jamie Contreras 09-M1-106235 | Collections | Cook County Circuit Court Chicago, IL | Pending |
| Unifund CCR Partners & Palisades Collections vs. Jamie Contreras 08-M1-162184 | Collections | Cook County Circuit Court Chicago, IL | Pending |
| Resurgence Financial vs. Jamie Vestal - Contreras 08-M1-142548 | Collections | Cook County Circuit Court Chicago, IL | Pending |

None    b.    Describe all property that has been attached, garnished or seized under any legal or equitable process within
☐          one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter
            13 must include information concerning property of either or both spouses whether or not a joint petition is filed,
            unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Illinois Deptartment of Revenue Chicago, IL 60101 | 11/2008 | Wage Garnishment 1446.55 |
| Velocity Investments 1800 Route 34 North Building 4, Suite 404A Wall, NJ 07719 | 3/2009 | Wage Garnishment no wages taken as of yet |

**5. Repossessions, foreclosures and returns**

None    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in
☐    lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.
(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or
both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Americredit 4001 Emabarcado Arlington, TX 76014 | 1/5/2009 | 2006 Ford Taurus Sold by Americredit for $4,600.00 balance due is $12,822.04 |

**6. Assignments and Receiverships**

None    a.    Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding
☒    the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any
assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a
joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None    b.    List all property which has been in the hands of a custodian, receiver, or court-appointed official within one
☒    year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13
must include information concerning property of either or both spouses whether or not a joint petition is filed, unless
the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7.  Gifts**

None

☐

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.   (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| Life Changers Church 2500 Beverly Rd Hoffman Estates, IL 60192 | Church | 1/2008 - 12/2008 | 11,835.00 tithes |
| Life Changers Church 2500 Beverly Rd Hoffman Estates, IL 60192 | Church | 1/2009 - present | 1,760.00 tithes |

**8.  Losses**

None

☒

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.   (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9.  Payments related to debt counseling or bankruptcy**

None

☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Edgar P. Petti Petti Murphy & Associates State Bank of Geneva Professional Center 22 South Fourth Street, Suite B, Geneva, IL 60134 | 2/2009 | 1,801.00 for bankruptcy legal fees |
| Edgar P. Petti Petti Murphy & Associates State Bank of Geneva Professional Center 22 South Fourth Street, Suite B, Geneva, IL 60134 | 2/2009 | 299.00 for bankruptcy filing fee |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc.- ver. 4.4.9-731  -  31210 - PDF-XChange 3.0

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Chestnut Credit Counseling Services<br>151 Springfield Ave Ste C<br>Joliet, IL 60435 | 3/2009 | 55.00 |

**10.  Other transfers**

None ☒

a.   List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

b.   List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

None ☒

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None ☒

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments;  shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None
☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
☒

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
☐

If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 1135 Kingsdale Rd Hoffman Estates, IL 60169 | Jamie Contreras-Vestal Robert Vestal | 8/2006-8/2008 |
| 1230 Wesley Ave Apt 2 Evanston, IL 60204 | Jamie Contreras-Vestal Robert Vestal | 08/2005-08/2006 |

**16.  Spouses and Former Spouses**

None
☒

     If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin)  within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

      NAME

**17.  Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

     "Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

     "Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
☒

    a.    List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

    b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☒

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

    c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None
☒

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18. Nature, location and name of business**

None  a.    If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

☐

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| 21st Century Benefits, LLC | unknown | 145 W. Fullerton Ave. Glendale Heights, IL 60139 | Insurance Sales | 1/9/09 - inactive (no assets) |

b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None
☒

NAME                                                                     ADDRESS


# [Questions 19 - 25 are not applicable to this case]

*    *    *    *    *    *

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  3/24/2009                           Signature     /s/ Robert Wayne Vestal
                                          of Debtor
                                                        ROBERT WAYNE VESTAL

Date  3/24/2009                           Signature     /s/ Jamie Ann Vestal
                                          of Joint Debtor
                                                        JAMIE ANN VESTAL

<u>    0    </u> continuation sheets attached

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §152 and 3571*

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____                    _____

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110(c).)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____

Address

X_____                    _____

Signature of Bankruptcy Petition Preparer                                          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. §156.*

B8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois

Robert Wayne Vestal & Jamie Ann Vestal

In re _____ ,    Case No. _____
                Debtor                                                     Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** - Debts secured by property of the estate.  *(Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)*

| Property No.  1 | |
|---|---|
| **Creditor's Name:**<br> Credit Acceptance<br> PO Box 513<br> Southfield, MI 48037 | **Describe Property Securing Debt:**<br> 2003 Chevy Malibu 108,000 miles |

Property will be *(check one)*:

☐ Surrendered               ☑ Retained

If retaining the property, I intend to *(check at least one)*:

☐ Redeem the property
☑ Reaffirm the debt
☐ Other.  Explain _____(for example, avoid lien
using 11 U.S.C. §522(f)).

Property is *(check one)*:

☑ Claimed as exempt              ☐ Not claimed as exempt

| Property No. 2  *(if necessary)* | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |

Property will be *(check one)*:

☐ Surrendered               ☐ Retained

If retaining the property, I intend to *(check at least one)*:

☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____(for example, avoid lien
using 11 U.S.C. §522(f)).

Property is *(check one)*:

☐ Claimed as exempt               ☐ Not claimed as exempt

B8 (Official Form 8) (12/08)    Page 2

**PART B** - Personal property subject to unexpired leases.  *(All three columns of Part B must be completed for Each unexpired lease.  Attach additional pages if necessary.)*

| Property No. 1    NO Leased Property | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2)): <br><br> ☐ YES        ☐ NO |

| Property No. 2 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2)): <br><br> ☐ YES        ☐ NO |

| Property No. 3 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2)): <br><br> ☐ YES        ☐ NO |

   0    continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my Estate securing debt and/or personal property subject to an unexpired lease.**

Date: 3/24/2009 _____

_____ /s/ Robert Wayne Vestal _____
Signature of Debtor

_____ /s/ Jamie Ann Vestal _____
Signature of Joint Debtor

**B 201** (12/08)

<div align="center">

# UNITED STATES BANKRUPTCY COURT

### Northern District of Illinois

# NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER § 342(b)
# OF THE BANKRUPTCY CODE

</div>

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services;  (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described.  Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition.  Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1.  Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.**  The briefing must be given within 180 days **before** the bankruptcy filing.  The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator.  The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.**  The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2.  The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7:  Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7.  If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code.  It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law.  A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.  Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

Bankruptcy2009 ©1991-2009, New Hope Software, Inc. - ver. 4.4.9-731 - 31210 - PDF-XChange 3.0

## Chapter 13:  Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time.  You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13, you must file with the court  a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors.  The court must approve your plan before it can take effect.

3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

## Chapter 11:  Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

## Chapter 12:  Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3.  Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both.  All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition.  Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

_____        _____
Printed Name and title, if any, of Bankruptcy Petition Preparer        Social Security number (If the bankruptcy petition
Address:        preparer is not an individual, state the Social Security
_____        number of the officer, principal, responsible person, or partner of
        the bankruptcy petition preparer.)  (Required
X_____        by 11 U.S.C. § 110.)
Signature of Bankruptcy Petition Preparer or officer,
principal, responsible person, or partner whose Social
Security number is provided above.

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

Robert Wayne Vestal & Jamie Ann Vestal _____        X /s/ Robert Wayne Vestal        3/24/2009
Printed Name(s) of Debtor(s)        Signature of Debtor        Date

Case No. (if known) _____        X /s/ Jamie Ann Vestal        3/24/2009
        Signature of Joint Debtor (if any)    Date

```
AFNI
PO Box 3427
Bloomington, IL 61702


Alexian Brothers
Attn: Billing
1555 Barrington Rd
Hoffman Estates, IL 60169


Alexian Brothers
Attn: Billing
1555 Barrington Rd
Hoffman Estates, IL 60169


Alexian Brothers
Attn: Billing
1555 Barrington Rd
Hoffman Estates, IL 60169


Alexian Brothers
Attn: Billing
1555 Barrington Rd
Hoffman Estates, IL 60169


Alexian Brothers
Attn: Billing
1555 Barrington Rd
Hoffman Estates, IL 60169


Allied Interstate
435 Ford Rd Suite 800
Minneapolis, mn 55426


American Collections Corp
919 Estes Ct
Schaumburg, IL 60193


American Home Mortgage Corp.
5401 N. Oracle Rd.
Tucson, AZ  85704
```

Americredit
4001 Emabarcadero
Arlington, TX 76014


Aqua Illinois, Inc.
P.O. Box 1229
Newark, NJ 07101


Arlington Ridge Pathology
800 West Central Rd
Arlington Heights, IL 60005


Arrow Financial Services
5996 W Touhy
Niles, IL 60714


Asset Acceptance
PO Box 2036
Warren, MI 48090


Asset Acceptance
PO Box 2036
Warren, MI 48090


Asset Acceptance
PO Box 2036
Warren, MI 48090


Associated Cardiovascular
12251 S 80th Ave
Palos Heights, IL 60463


Associated Radiologists Joliet
1301 Copperfield Ave., Ste. 208
Joliet, IL 60432


AT&T
PO Box 930170
Dallas, TX 75393-0170

AT&T Wireless
PO Box 6428
Carol Stream, IL 60197

Auto Owners Ins
PO Box 39
Dundee, IL 60118

Barclays Bank Delaware
125 South West St.
Wilmington, DE 19801

Bay Area Credit
PO Box 467600
Atlanta, GA 31146

BCA Financial Services
18001 Old Cutter Rd Ste 462
Miami, FL 33157

Berks Credit & Collection
PO Box 329
Temple, PA 19560

Beta Finance Company
PO Box 660232
Indianapolis, IN 46266

Blatt Hasenmiller Leibsker & Moore LLC
P0 Box 5463
Chicago, IL 60680

Blitt and Gaines PC
661 W Glenn Ave
Wheeling, IL 60090

Capital One Bank
PO Box 30281
Salt Lake City, UT 84130

Chase Bank One Card
800 Brooksedge Blvd
Westerville, OH 43081


Christ Hospital
Attn: Patient Billing
18200 LaGrange Rd
Tinley Park, IL 60477


City of Evanston
2100 Ridge Ave
Evanston, IL 60201


City of Evanston
2100 Ridge Ave
Evanston, IL 60201


ComEd
PO Box 6111
Carol Stream, IL 60197


Consultants in Pathology
1423 Chicago Rd
Chicago Heights, IL 60411


Credit Acceptance
PO Box 513
Southfield, MI 48037


Credit Acceptance
PO Box 513
Southfield, MI 48037


Credit Collection Services
Two Wells Ave. Dept. 587
Newton, MA 02459


Creditors Collection
PO Box 63
Kankakee, IL 60901

```
Creditors Collection
PO Box 63
Kankakee, IL 60901


Creditors Collection
PO Box 63
Kankakee, IL 60901


Creditors Collection
PO Box 63
Kankakee, IL 60901


Creditors Collection
PO Box 63
Kankakee, IL 60901


Creditors Collection
PO Box 63
Kankakee, IL 60901


Creditors Collection
PO Box 63
Kankakee, IL 60901


Creditors Collection
PO Box 63
Kankakee, IL 60901


Creditors Collection
PO Box 63
Kankakee, IL 60901


Creditors Collection
PO Box 63
Kankakee, IL 60901


Dean Anagnopoulos
Lisa Helzing-Anagnopoulos
620 Jill Ct
Des Plaines, IL 60018
```

Directv
PO Box 78626
Phoenix, AZ 85062


Discover Financial
P.O. Box 30943
Salt Lake City, UT 84130


Diversified Service Group
5800 E. Thomas Rd Suite 107
Scottsdale, AZ 85251


Donna Ackman
1090 S Lincoln Ave
Kankakee, IL 60901


Dr. Seretis & Goodsite
929 W Wise Rd
Schaumburg, IL 60193


Drive Financial Services
1010 W. Mockingbird Lane, Suite 100
Dallas, TX 75247


Emergency Care Health Org
555 W Court St
Kankakee, IL 60901


Emergency Care Health Org.
555 W Court St
Kankakee, IL 60901


Evanston Hospital
Attn: Patient Billing
2650 Ridge Ave
Evanston, IL 60201


Excalibur
3000 Marcus Avenue Suite IW5
Lake Success, NY 11042

Express
PO Box 182273
Columbus, OH 43218


Fidelity National Credit Services
PO Box 3051
Orange, CA 92857


First USA
P.O. Box 15298
Wilmington, DE 19850


Freedman Anselmo Lindberg & Rappe LLC
PO 3228
Naperville, IL 60566


Giovanni Salerno
461 Brown Blvd.
Bourbonnais, IL 60914


Harris & Harris
600 W. Jackson
Chicago, IL 60661


Harris & Harris
600 W. Jackson
Chicago, IL 60661


Harris & Harris
600 W. Jackson
Chicago, IL 60661


Harvard Collection Service
4839 N Elston Ave
Chicago, IL 60630


HealthLab
Dept. 4698
Carol Stream, IL 60122

HSBC Card Services
PO Box 60102
City of Industry, CA 91716


HSBC Card Services
PO Box 60102
City of Industry, CA 91716


HSBC Card Services
PO Box 60102
City of Industry, CA 91716


HSBC Card Services
PO Box 60102
City of Industry, CA 91716


HSBC Carson's
PO Box 5253
Carol Stream, IL 60197


Illinois American Water
300 North Water Works Drive
Belleville, IL 62223


Illinois Collection Service
PO Box 1010
Tinley Park, IL 60477


Illinois Dept. of Employment Security
Benefit Payment Control Division
PO Box 4385
Chicago, IL 60680


Illinois Dept. of Employment Security
Benefit Payment Control Division
PO Box 4385
Chicago, IL 60680


Illinois Dept. of Employment Security
Benefit Payment Control Division
PO Box 4385
Chicago, IL 60680

Illinois Dept. of Employment Security
Benefit Payment Control Division
PO Box 4385
Chicago, IL 60680


Illinois Dept. of Employment Security
Benefit Payment Control Division
PO Box 4385
Chicago, IL 60680


Illinois Dept. of Employment Security
Benefit Payment Control Division
PO Box 4385
Chicago, IL 60680


Internal Revenue Service
Centralized Insolvency Operations
PO Box 21126
Philadelphia, PA 19114


Internal Revenue Service
Centralized Insolvency Operations
PO Box 21126
Philadelphia, PA 19114


Internal Revenue Service
Centralized Insolvency Operations
PO Box 21126
Philadelphia, PA 19114


Internal Revenue Service
Centralized Insolvency Operations
PO Box 21126
Philadelphia, PA 19114


Internal Revenue Service
Centralized Insolvency Operations
PO Box 21126
Philadelphia, PA 19114

```
Internal Revenue Service
Centralized Insolvency Operations
PO Box 21126
Philadelphia, PA 19114


Internal Revenue Service
Centralized Insolvency Operations
PO Box 21126
Philadelphia, PA 19114


Internal Revenue Service
Centralized Insolvency Operations
PO Box 21126
Philadelphia, PA 19114


Internal Revenue Service
Centralized Insolvency Operations
PO Box 21126
Philadelphia, PA 19114


Internal Revenue Service
Centralized Insolvency Operations
PO Box 21126
Philadelphia, PA 19114


Internal Revenue Service
Centralized Insolvency Operations
PO Box 21126
Philadelphia, PA 19114


Internal Revenue Service
Centralized Insolvency Operations
PO Box 21126
Philadelphia, PA 19114


Internal Revenue Service
Centralized Insolvency Operations
PO Box 21126
Philadelphia, PA 19114
```

Internal Revenue Service
Centralized Insolvency Operations
PO Box 21126
Philadelphia, PA 19114


Internal Revenue Service
Centralized Insolvency Operations
PO Box 21126
Philadelphia, PA 19114


Internal Revenue Service
Centralized Insolvency Operations
PO Box 21126
Philadelphia, PA 19114


Juniper Bank
PO Box 8802
Wilmington, DE 19899


Kanakee YMCA
1075 North Kennedy Drive
Kankakee, IL 60901


Kankakee Radiology Associates Sc
1905 W Court St
Kankakee, IL 60901


KCA Financial Service
PO Box 53
Geneva, IL 60134


KCA Financial Service
PO Box 53
Geneva, IL 60134


Kohl's Payment Center
P.O. Box 2983
Milwaukee, WI 53201

Linda Settle
146 S Jackson Ave
Bradley, IL 60915


Livingston Financial
150 S 5th Street
1800 Fifth Street Towers
Minneapolis, MN 55402


Medical Business Bureau
PO Box 1219
Park Ridge, IL 60068


Medical Business Bureau
PO Box 1219
Park Ridge, IL 60068


Medical Business Bureau
PO Box 1219
Park Ridge, IL 60068


Merchants Credit Guide
223 W Jackson Blvd Ste 900
Chicago, IL 60606


Midstate Anesthesiologists
500 W Ct St
Kankakee, IL 60901


Mitchell N. Kay PC
PO Box 2374
Chicago, IL 60690


Money Control
PO Box 49990
Riverside, CA 92514


National City Bank
311 N Kinzie Ave
Bradley, IL 60915

Nationwide Credit, Inc.
4700 Vestal Parkway E
Vestal ,NY 13850


Neopath SC
520 E 22nd St.
Lombard, IL 60148


New Lenox State Bank
110 W Maple St
New Lenox, IL 60451


Nicor Gas
P.O. Box 416
Aurora, IL 60568


Northwest Community Hospital
Attn: Patient Billing
800 W. Central Rd.
Arlington Heights, IL 60005


Northwest Healthcare & Associates
1555 Barrington Rd
Suite 2300 A
Barrington, IL 60010


Northwest Suburban Anesthesiologist
800 W. Central Rd.
Arlington Heights, IL 60005


OPEX Communications
707 Wilshire Blvd Ste 4000
Los Angeles, CA 90017


Palisades Collection
210 Sylvan Ave
Englewood Cliffs, NJ 07632


Palisades Collection
210 Sylvan Ave
Englewood Cliffs, NJ 07632

Palisades Collection
210 Sylvan Ave
Englewood Cliffs, NJ 07632


Palisades Collection
210 Sylvan Ave
Englewood Cliffs, NJ 07632


Palos Hospital
Attn: Patient Billing
12251 S 80th Ave
Palos Heights, IL 60463


Palos Hospital
Attn: Patient Billing
12251 S 80th Ave
Palos Heights, IL 60463


Palos Hospital
Attn: Patient Billing
12251 S 80th Ave
Palos Heights, IL 60463


Pellettieri and Associates
991 Oak Creek Dr
Lombard, IL 60148


Penn Credit Corp
916 S 14th St
Harrisburg, PA 17104


Perfect Imaging Center
5205 Woodland Ave
Western Springs, IL 60558


Phyllis N Friddle
7735 W States Route 113
Bonfield, IL 60913


Professional Account Management, LLC
633 W Wisconsin Ave Ste 1600
Milwaukee, WI 53203

Professional Account Management, LLC
633 W Wisconsin Ave Ste 1600
Milwaukee, WI 53203


Provena St Mary's Hospital
Attn: Patient Billing
500 W Court St
Kankakee, IL 60901


Provena St Mary's Hospital
Attn: Patient Billing
500 W Court St
Kankakee, IL 60901


Quest Diagnostics
PO Box 64804
Baltimore, MD 21264


Radiological Consultants of Woodstock
9410 Compubill Dr
Orland Park, IL 60462


Radiological Consultants of Woodstock
9410 Compubill Dr
Orland Park, IL 60462


Radiological Consultants of Woodstock
9410 Compubill Dr
Orland Park, IL 60462


Radiological Consultants of Woodstock
9410 Compubill Dr
Orland Park, IL 60462


Resurgence Financial LLC
4100 Commercial Ave
Northbrook, IL 60062


Riverside Medical Center
Attn: Patient Billing
350 N Wall St
Kankakee, IL 60901

RJM Acquisitions LLC
575 Underhill Blvd Ste 224
Syosset, NY 11791-9827


Saks Fifth Avenue
PO Box 17157
Baltimore, MD 21297


SBC
PO Box 930170
Dallas, TX 75393-0170


SBC
PO Box 930170
Dallas, TX 75393-0170


SBC
PO Box 930170
Dallas, TX 75393-0170


Sears
PO Box 6283
Sioux Falls, SD 57117


Starwood Vacation Owners
9002 San Maraco Ct
Orlando, FL 32819


The Limited
107 Heritage Drive
Pataskala, OH 43062


Transworld Systems
PO Box 1864
Santa Rosa, CA 95402


Unifund CCR Partners
10625 Techwood Cir
Cincinnati, OH 43218

Velocity Investments
1800 Route 34 North
Building 4, Suite 404A
Wall, NJ 07719


Verizon Wireless Bankruptcy Admin
P.O.Box 3397
Bloomington, IL 61702


Verizon Wireless Bankruptcy Admin.
P.O.Box 3397
Bloomington, IL 61702


Victoria's Secret
PO Box 16589
Columbus, Ohio 43216


VIP Properties LLC
33 W Higgins Rd Ste 640
South Barrington, IL 60010


Walt Disney World Guest Communications
P.O. Box 10,040
Lake Buena Vista, FL 32830


West Asset Mgmt
2703 N Highway 75
Sherman, TX 75090


William Hellyer
444 N IL Route 31 Suite 100
Crystal Lake, IL 60012


Womens Health First LLC
1555 N. Barrington Rd
Doctors' Office Building III Suite 2350
Hoffman Estates, IL 60169


You S. Kim  MD
455 W Court St Ste 410
Kankakee, IL 60901

B203
12/94

# United States Bankruptcy Court
### Northern District of Illinois

In re  Robert Wayne Vestal & Jamie Ann Vestal

Case No. _____

Chapter _____7_____

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow s:

For legal services, I have agreed to accept ...........................………………….............. $ ___1,801.00___

Prior to the filing of this statement I have received ........…………………................ $ ___1,801.00___

Balance Due ...............................…………………………………….................... $ ____0.00____

2.  The source of compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3.  The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4.  ☑    I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐    I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

IF REPRESENTATION IN ADVERSARY PROCEEDINGS OR OTHER CONTESTED BANKRUPTCY MATTERS IS REQUIRED, AN ADDITIONAL RETAINER OF $1,000.00 WITH ADDITIONAL BILLINGS AT THE RATE OF $240.00 OFFICE TIME / $260.00 COURT TIME PER HOUR HAS BEEN AGREED WITH DEBTOR.  IF NOT TIMELY PAID, COUNSEL RESERVES THE RIGHT TO WITHDRAW.

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in the bankruptcy proceeding.

___3/24/2009_____          ___/s/ Edgar P. Petti_____
Date                                                        Signature of Attorney

                                                              ___Petti Murphy & Associates_____
                                                              Name of law firm

Bankruptcy2009 ©1991-2009, New Hope Software, Inc. - ver. 4.4.9-731 - 31210 - PDF-XChange 3.0